IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT JACKSON

JANUARY 1998 SESSION

FILED

April 1, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

| | | |
|---|---|---|
| SHERMAN SANDERS,<br>also known as NEILTON E. SANDERS, | ) | No. 02-C-01-9701-CC-00027 |
| | ) | |
| APPELLANT, | ) | Obion County |
| | ) | |
| v. | ) | Honorable William B. Acree, Jr., Judge |
| | ) | |
| STATE OF TENNESSEE, | ) | (Post-Conviction Relief) |
| | ) | |
| APPELLEE. | ) | |

FOR THE APPELLANT:

Charles P. Roney
Attorney at Law
P. O. Box 542
Union City, TN  38281-0542

FOR THE APPELLEE:

John Knox Walkup
Attorney General & Reporter
425 Fifth Avenue, North
Nashville, TN  37243-0493

Janis L. Turner
Counsel for the State
425 Fifth Avenue, North
Nashville, TN  37243-0493

Thomas A. Thomas
District Attorney General
P. O. Box 218
Union City, TN  38261-0218

James T. Cannon
Assistant District Attorney General
P. O. Box 218
Union City, TN  38261-0218

OPINION FILED:_____

AFFIRMED PURSUANT TO RULE 20

Joe B. Jones, Presiding Judge

**O P I N I O N**

The appellant, Sherman Sanders, also known as Neilton E. Sanders (petitioner), appeals as of right from a judgment of the trial court dismissing his post-conviction action following an evidentiary hearing. The trial court found the petitioner was afforded the effective assistance guaranteed by the United States and Tennessee Constitutions; and pleas of guilty entered by the petitioner were voluntarily, understandingly, and intelligently entered. In this court, the petitioner contends the evidence contained in the record preponderates against the trial court's findings of fact. After a thorough review of the record, the briefs submitted by the parties, and the law governing the issues presented for review, it is the opinion of this court that the judgment of the trial court should be affirmed pursuant to Rule 20, Tennessee Court of Criminal Appeals. The evidence clearly does not preponderate against the trial court's findings of fact.

The petitioner and the attorney who represented the petitioner testified at the evidentiary hearing. The testimony conflicts on every material fact. Their testimony cannot be reconciled. The trial court accredited the testimony of the attorney. The transcript of the submission hearing supports the trial court's findings of fact. The transcript refutes parts of the petitioner's testimony.

_____
JOE B. JONES, PRESIDING JUDGE

CONCUR:

_____
PAUL G. SUMMERS, JUDGE

_____
DAVID G. HAYES, JUDGE